IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

OSCAR MARKS,                                                                                    PLAINTIFF

v.                                          Case No. 1:06-cv-1031

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                         DEFENDANT

## **JUDGMENT**

Comes now the Court on this the 24th day of April, 2007, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/Barry A. Bryant
Honorable Barry A. Bryant
U.S. Magistrate Judge